# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICKY EVANS, et al., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>          Defendants. | Civil Action No. 2:18-cv-08935 (JMV)(CLW)<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

WHEREAS the above captioned action and *Garner Rickman, et al., v. BMW of North America LLC, et al.*, 2:18-cv-04363-JMV-MAF ("*Rickman* Action") allege the same or similar claims relating to the same Defendants;

WHEREAS to advance these litigations in an efficient manner, Plaintiffs' Counsel consolidated this action with the *Rickman* Action through the filing of a Consolidated Class Action Complaint on August 3, 2018 (Dckt. No. 26) captioned *Joshua Hu, et al. v. BMW of North America LLC, et al.*, 2:18-cv-04363-JMV-MAF;

AS SUCH, Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), give notice of voluntary dismissal without prejudice of the claims in the above captioned action.

        CARELLA, BYRNE, CECCHI
        OLSTEIN, BRODY & AGNELLO

        Attorneys for Plaintiffs


        By:  /s/James E. Cecchi
            JAMES E. CECCHI

Dated: August 27, 2018

    So Ordered:


    Judge John Michael Vazquez, U.S.D.J.  8/28/2018
                Date